**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Supreme Court**

Robin Carson Cantrell, Petitioner,

v.

Carolinas Recycling Group, Employer, and
Wasau Insurance Companies, Carrier, Respondents.

Appellate Case No. 2011-194426

---

ON WRIT OF CERTIORARI TO THE COURT OF
APPEALS

---

Appeal From Spartanburg County
J. Mark Hayes, II, Circuit Court Judge

---

Memorandum Opinion No. 2013-MO-008
Heard February 20, 2013 – Filed March 6, 2013

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Richard H. Rhodes and William Hardwick Rhodes, both
of Burts Turner & Rhodes of Spartanburg, for Petitioner.

Carmelo Barone Sammataro and Cynthia C. Dooley of
Turner Padget Graham & Laney, PA, of Columbia for
Respondents.

---

**PER CURIAM:**  After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**